IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
| | |
|---|---|
| In re: | : Misc. No. 21-_____ |
| | : |
| RULE 45 SUBPOENA ISSUED TO MOELIS & COMPANY | : (Pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, |
| Regarding the United States Bankruptcy Court for the Eastern District of Virginia case, | : Case No. 17-34665 (KLP) (Jointly Administered)) |
| | : |
| In re: | : |
| | : Adv. Proceeding No. 20-03038-KLP |
| TOYS "R" US, INC., *et al.*,[1] | : |
| | : |
| Debtors. | : |
| TRU CREDITOR LITIGATION TRUST, | : **NOTICE OF MOTION** |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DAVID A. BRANDON, *et al* | : |
| | : |
| Defendants. | : |
------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon their Memorandum of Law in Support of the Motion to Compel Moelis & Company LLC To Produce Documents Pursuant to Subpoena and the Declaration of John P. Sefick dated August 18, 2021, and the Exhibits thereto, David A. Brandon, Joshua Bekenstein, Matthew S. Levin, Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein, Richard Goodman, Michael Short, and Richard Barry move this

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are set forth in the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief.* (Dkt. No. 78.) The location of Debtors' service address is One Geoffrey Way, Wayne, NJ 07470.

Court, on a date to be determined, for an order compelling Moelis & Company LLC to produce documents pursuant to subpoena served under Fed. R. Civ. P. 45.

Dated: New York, New York
August 18, 2021

**MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.**

 /s/ John P. Sefick
Robert I. Bodian
Scott A. Rader
John P. Sefick

Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000
RIBodian@mintz.com
SARader@mintz.com
JPSefick@mintz.com

*Counsel for David A. Brandon, Joshua Bekenstein, Matthew S. Levin, Paul E. Raether, Nathaniel H. Taylor, Joseph Macnow, Wendy A. Silverstein, Richard Goodman, Michael Short, and Richard Barry*