```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2021
```

John P. Sefick
212 692 6837
jpsefick@mintz.com



October 8, 2021

**DELIVERY VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In re Rule 45 Subpoena Issued to Moelis & Company*, No. 1:21-mc-00679-AT; **Withdrawal of Motion to Compel**

Dear Judge Torres:

This firm represents the Movants in the above-captioned action. We write to withdraw as moot Movants' Motion to Compel (ECF No. 1) against Moelis & Company, LLC ("Moelis"), as Moelis has agreed to respond to Movants' subpoena by producing the requested non-privileged documents and has agreed to litigate any privilege disputes relating to the subpoena in the Bankruptcy Court for the Eastern District of Virginia. As such, the Court's intervention is no longer required.

GRANTED. Movants' motion to compel is DENIED as moot, without prejudice to renewal. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: October 12, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge